UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH M. VANBAAREN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, OFFICE OF THE MILITARY, OFFICE OF THE ADJUTANT GENERAL, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-01964-RCJ-PAL<br><br>ORDER |

The court entered a discovery plan and scheduling order for this case on April 1, 2014. The Order (Dkt. #28) established September 8, 2014 as the discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e).

Pursuant to the direction of the district judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the Trial Date in this matter is set for **January 6, 2015, at 9:00 a.m.,** with Calendar Call on **December 29, 2014, at 1:30 p.m.,** before Judge Robert C. Jones.

Dated this 15th day of April, 2014.

_____
Peggy A. Leen
United States Magistrate Judge